IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELISSA SUAREZ, *Plaintiff,* v. THE PENNSYLVANIA HOSPITAL OF THE UNIVERSITY OF PENNSYLVANIA HEALTH SYSTEM, *Defendant.* | CIVIL ACTION NO. 18-1596 |

# ORDER

**AND NOW**, this 29th day of November, 2018, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 19), Plaintiff's Response (ECF No. 23), Defendant's Reply (ECF No. 26) and after hearing oral argument (ECF No. 28), it is hereby **ORDERED** that the motion is **GRANTED** and judgment entered for the Defendant.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.